# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 7, 2009

Charles R. Fulbruge III
Clerk

No. 08 - 10567

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

GONZALO LOYA-SOTELLO also known as, Armando Gomez-Sotelo

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas Abilene Division
No. 1:08-CR-001-C

Before JOLLY, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.